THE PEOPLE ex rel. WILLIAM H. OSBORN, Appellant, *v.* EDWARD GILON et al., as and Comprising the Board of Assessors, Respondents.

(Argued June 3, 1891; decided June 16, 1891.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made March 14, 1890, which affirmed an order of Special Term denying the relator's motion for a mandamus.

*Truman H. Baldwin* for appellant.

*David J. Dean* and *George L. Sterling* for respondents.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

JAMES E. EGGLESTON, Appellant, *v.* MILES BEACH, Respondent.

(Argued June 3, 1891; decided June 16, 1891.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made October 24, 1890, which affirmed an order of Special Term denying a motion for leave to amend the complaint.

*Henry S. Bennett* for appellant.

*Aug. C. Brown* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.